# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Havlish v. Bin-Laden  Docket No.: 23-258

Lead Counsel of Record (name/firm) or Pro se Party (name): Katherine Steele Landy, Federal Reserve Bank of New York

Appearance for (party/designation): Federal Reserve Bank of New York (non-party)
The Federal Reserve Bank of New York was not a party to the action below, yet is listed as appellee/defendant in this appeal.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
Parties: _____
(✓) Incorrect.  Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| Federal Reserve Bank of New York | Non-party |

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: John Does 1 through 7 v. The Taliban, 23-263 (related appeal presently before this Court); Wodenshek v. Da Afghanistan Bank, 22-965 (motion to add non-party Federal Reserve Bank of New York as appellee on appeal denied)

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Katherine Steele Landy
Type or Print Name: Katherine Steele Landy
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.