**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: May 10, 2023
Docket #: 23-258cv
Short Title: Havlish v. Bin-Laden

DC Docket #: 03-cv-9848
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 20-mc-740
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 01-cv-10132
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 03-cv-6978
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 02-cv-6977
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels
DC Judge: Maas
DC Judge: Netburn

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.