**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: June 22, 2023
Docket #: 23-258cv
Short Title: Havlish v. Bin-Laden

DC Docket #: 03-cv-9848
DC Court: SDNY (NEW YORK CITY)DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)DC Docket #: 20-mc-740
DC Court: SDNY (NEW YORK CITY)DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)DC Docket #: 01-cv-10132
DC Court: SDNY (NEW YORK CITY)DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)DC Docket #: 03-cv-6978
DC Court: SDNY (NEW YORK CITY)DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)DC Docket #: 02-cv-6977
DC Court: SDNY (NEW YORK CITY)DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels
DC Judge: Maas
DC Judge: Netburn

### NOTICE OF MOTION PLACED ON THE CALENDAR

Motions to stay or enjoin disbursement of funds and to designate Appellee filed in the above-referenced case have been added as a submitted case to the substantive motions calendar for Wednesday, July 5, 2023.

Inquiries regarding this case may be directed to 212-857-8595.