# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Havlish v. Bin-Laden    Docket No.: 23-258(L)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Aaron Schlanger

Firm: OSEN LLC

Address: 190 Moore Street, Suite 272, Hackensack, N.J. 07601

Telephone: (201) 265-6400    Fax: (201) 265-0303

E-mail: aschlanger@osenlaw.com

Appearance for: Amicus Curiae former Senator George Allen
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 16, 2018    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Aaron Schlanger

Type or Print Name: Aaron Schlanger