# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-three.

_____

| | |
|---|---|
| Fiona Havlish, et al., | **ORDER** |
|     Plaintiffs-Appellants, | Docket Nos. 23-258(L), 23-263(Con), 23-304(Con), 23-346(Con), 23-444(Con) |
| v. | |
| The Islamic Emirate of Afghanistan, The Taliban, Al Qaida/Islamic Army, Sheikh Usamah Bin-Muhammad Bin-Laden, AKA Osama Bin-Laden, Republic of Iraq, | |
|     Defendants - Appellees, | |
| Federal Reserve Bank of New York, | |
|     Garnishee-Interested-Party. | |

_____

    Former Senator George Allen, Richard A. Clarke, and Jonathan Winer move for leave to file amicus curiae briefs in support of Appellants.

    IT IS HEREBY ORDERED that the motions are REFERRED to the panel that will determine the merits of the appeal.

For the Court:<br>
Catherine O'Hagan Wolfe,<br>
Clerk of Court
