# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Havlish v. Biden**  Docket No.: **23-258(L)**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Justin B. Cox

Firm: Law Office of Justin B. Cox

Address: PO Box 1106

Telephone: 541.716.1818  Fax:

E-mail: justin@jcoxconsulting.org

Appearance for: Naseer Faiq, Chargé d'Affaires of the Permanent Mission of the Islamic Republic of Afghanistan to the United Nations
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: affirmance )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 4/18/2019   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Justin B. Cox

Type or Print Name: Justin B. Cox