# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Havlish, et al. v. The Taliban, et al.   Docket No.: 23-258(L)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Katherine Gallagher

Firm: Center for Constitutional Rights

Address: 666 Broadway, 7th Floor, New York, NY 10012

Telephone: (212) 614-6455   Fax: (212) 614-6455

E-mail: kgallagher@ccrjustice.org

Appearance for: Afghan Civil Society Organizations
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: affirmance )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 8, 2022   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Katherine Gallagher

Type or Print Name: Katherine Gallagher