# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-three.

Before:     Eunice C. Lee,
              *Circuit Judge.*

_____

Fiona Havlish, et al.,

    Plaintiffs – Appellants,

v.

The Islamic Emirate of Afghanistan, The Taliban, Al Qaida/Islamic Army, Sheikh Usamah Bin-Muhammad Bin-Laden, AKA Osama Bin-Laden, Republic of Iraq,

    Defendants – Appellees.

_____

**ORDER**

Docket Nos. 23-258(L),
23-263(Con),
23-304(Con),
23-346(Con),
23-444(Con)

    Appellants move the Court to set the following briefing schedule: amicus briefs in support of affirmance are due by October 6, 2023; Oral Argument Statements are due by October 20, 2023; and Appellants' reply briefs are due by November 6, 2023.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                For the Court:

                                Catherine O'Hagan Wolfe,
                                Clerk of Court