# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand twenty-three.

---

Fiona Havlish, et al.,

    Plaintiffs - Appellants,

v.

The Islamic Emirate of Afghanistan, The Taliban, Al Qaida/Islamic Army, Sheikh Usamah Bin-Muhammad Bin-Laden, AKA Osama Bin-Laden, Republic of Iraq,

    Defendants - Appellees,

Federal Reserve Bank of New York,

    Garnishee-Interested-Party,

Sheikh Usama Bin-Laden, et al.,

    Defendants.

---

**ORDER**

Docket Nos. 23-258(L), 23-263(CON), 23-304(CON), 23-346(CON), 23-444(CON)

    Unfreeze Afghanistan and Naseer A. Faiq separately move for leave to file amicus curiae briefs.

    IT IS HEREBY ORDERED that the motions are REFERRED to the panel that will determine the merits of this appeal.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

