**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 23-258 (L) _____   _____ Caption [use short title] _____

**Motion for:** filing of oversized brief. _____

_____

_____

Set forth below precise, complete statement of relief sought:

Plaintiffs-Appellants in Case Nos. 23-258, 23-263,

23-304, and 23-346 (the "Joint Creditors") move

for an extension of the word limit for their single,

consolidated reply brief (due 11/6/23) from 7,000

to 10,000 words.

_____

Havlish v. Bin Laden

**MOVING PARTY:** Joint Creditors _____   **OPPOSING PARTY:** N/A _____

☐ Plaintiff        ☐ Defendant

☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Lee Wolosky _____   **OPPOSING ATTORNEY:** N/A _____

[name of attorney, with firm, address, phone number and e-mail]

Jenner & Block LLP _____

1155 Avenue of the Americas, New York NY 10036 _____

212-891-1628; lwolosky@jenner.com _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☑ No (explain): No appellees have appeared. _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?     ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

_____
_____
_____
_____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Lee Wolosky _____ **Date:** 10-20-2023 Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| FIONA HAVLISH, *et al.*, | On Appeal from the United States District Court for the Southern District of New York (Daniels, J.) |
|     Plaintiffs-Appellants, | |
| v. | |
| FEDERAL RESERVE BANK OF NEW YORK, | No. 23-258 (Lead) |
|     Garnishee-Interested-Party, | |
| SHEIKH USAMA BIN-LADEN, *et al.*, | |
|     Defendants. | |
| JOHN DOES 1 THROUGH 7, | No. 23-263 (Con) |
|     Plaintiffs-Appellants, | |
| v. | |
| FEDERAL RESERVE BANK OF NEW YORK, | |
|     Garnishee-Interested-Party, | |
| THE TALIBAN, *et al.*, | |
|     Defendants. | |
| FEDERAL INSURANCE CO., *et al.*, | No. 23-346 (Con) |
|     Plaintiffs-Appellants, | |
| v. | |
| AL QAIDA, *et al.*, | |
|     Defendants, | |

| | |
|---|---|
| FEDERAL RESERVE BANK OF NEW YORK, <br><br> Garnishee-Interested-Party. | |
| RAYMOND ANTHONY SMITH, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ISLAMIC EMIRATE OF AFGHANISTAN, *et al.*, <br><br> Defendants-Appellees. | No. 23-304 (Con) |
| KATHLEEN ASHTON, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> AL QAEDA ISLAMIC ARMY, *et al.*, <br><br> Defendants-Appellees. | No. 23-444 (Con) |

## MOTION TO FILE OVERSIZED BRIEF

Appellants in Case Nos. 23-258, 23-263, 23-304, and 23-346 (the "Joint Creditors") move this Court for an order permitting them to file a single consolidated reply brief of no more than 10,000 words.

On April 5, 2023, this Court consolidated the *Havlish*, *Doe*, *Federal Insurance*, and *Smith* appeals and instructed those appellants to file "one common

principal brief" of no more than 16,000 words. ECF 56 at 5.[1] The Court provided that Appellants "may reply to any *amicus curiae* briefs," and that "2d Cir. L.R. 32.1(a)(4) shall govern the length of any reply brief." *Id*. at 4-5. Although no Appellee briefs were filed, a number of parties indicated that they wished to file *amicus* briefs in support of affirmance. On September 1, 2023, this Court set the briefing schedule for *amicus* briefs in support of affirmance, providing that such briefs were due by October 6, 2023 and that Appellants' "reply briefs" would be due by November 6, 2023. ECF 160. Four proposed *amici* have now filed briefs in support of affirmance. ECF 162, 169, 171, 183. These briefs—which raise multiple different grounds for affirmance, including grounds not addressed by the district court—collectively run over 20,000 words.

The Joint Creditors intend to file a single, consolidated reply brief, and respectfully request an expansion of the word limit from 7,000 to 10,000 words. The additional space will allow Appellants to adequately address the arguments in all briefs concerning the complex issues presented by these appeals. Permitting a 10,000-word reply brief would provide the Joint Creditors with approximately half the words collectively used by the *amicus* briefs in support of affirmance, which is

---

[1] The Court later clarified that the *Ashton* Plaintiffs-Appellants were permitted to file a separate brief. ECF 99.

in keeping with the ratio of word counts for the appellee's principal brief to the appellant's reply brief under Local Rule 32.1(a)(4).

## CONCLUSION

The Joint Creditors respectfully request an order expanding the word limit for their November 6, 2023 consolidated reply brief to 10,000 words.

October 20, 2023

Respectfully submitted.

*/s/* Lee Wolosky
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

Ian Heath Gershengorn
Douglass A. Mitchell
JENNER & BLOCK LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com
dmitchell@jenner.com

Andrianna D. Kastanek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7285
akastanek@jenner.com

*Counsel for the Havlish Creditors,*
*Appellants in 23-258*

*/s/ John Thornton*
John Thornton
Orlando do Campo
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, FL 33131
(305) 358-6600
jt@dandtlaw.com
od@dandtlaw.com

*Counsel for the Doe Creditors, Appellants in 23-263*

*/s/ Sean P. Carter*
Sean P. Carter, Esq.
COZEN O'CONNOR
1650 Market Street
Philadelphia, PA 19103
(215) 665-2105
scarter1@cozen.com

*Counsel for the Federal Insurance Creditors, Appellants in 23-346*

*/s/ Dion G. Rassias*
Dion G. Rassias
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000

*Counsel for the Smith Creditors, Appellants in 23-304*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 339 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

I further certify that this document complies with Fed. R. App. P. 27(d)(1)(E), because it complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6). This document has been prepared using Microsoft Word in 14-point Times New Roman, a proportionally spaced typeface.

/s/ Lee Wolosky