March 15, 2024

<u>Via ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: ***Havlish et al. v. Bin Laden et al.***, No. 23-258 (L)
<u>Updated Argument Availability</u>

Dear Ms. Wolfe:

    I am counsel to the Havlish Creditors, Plaintiffs-Appellants in No. 23-258. Pursuant to Local Rule 34.1(a), and further to my October 20, 2023 Oral Argument Statement (Dkt. 192) and my Letter of February 2, 2024 (Dkt. 200), I write to update the Court about my availability for oral argument.

    In addition to the dates listed on my prior submissions, I will be unavailable to present argument on **Wednesday, May 15, 2024**, and respectfully request that oral argument not be scheduled on that date.

Respectfully submitted,

/s/ Ian Heath Gershengorn
Ian Heath Gershengorn
(202) 639-6000
igershengorn@jenner.com