April 17, 2024

<u>Via ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  ***Havlish et al. v. Bin Laden et al.***, No. 23-258 (L)
<u>Updated Argument Availability</u>

Dear Ms. Wolfe:

I am counsel to the Havlish Creditors, Plaintiffs-Appellants in No. 23-258. Pursuant to Local Rule 34.1(a), and further to my October 20, 2023 Oral Argument Statement (Dkt. 192), my Letter of February 2, 2024 (Dkt. 200), and my letter of March 15, 2024 (Dkt. 203), I write to update the Court about my availability for oral argument.[1]

In addition to the dates listed on my prior submissions, I will be unavailable to present argument on **June 7, 2024**, and **June 27-28, 2024**, and respectfully request that oral argument not be scheduled on those dates. I am available on all other days through the end of June 2024.

Respectfully submitted,

/s/ Ian Heath Gershengorn
Ian Heath Gershengorn
(202) 639-6000
igershengorn@jenner.com

---

[1] As noted in the Oral Argument Statement, I intend to present oral argument on behalf of the Appellants in Nos. 23-258, 23-263, 23-304, and 23-346.