August 23, 2024

<u>Via ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Havlish et al. v. Bin Laden et al.*, No. 23-258 (L)
      <u>Argument Availability for the Week of October 7, 2024</u>

Dear Ms. Wolfe:

      I am counsel to the Havlish Creditors, Plaintiffs-Appellants in No. 23-258.  Pursuant to this Court's Case Calendaring Notice proposing oral argument during the week of October 7, 2024, I write to update the Court about my availability.[1]  I will be available to present oral argument that week on any day **except for Friday, October 11**.  Due to personal travel constraints associated with Yom Kippur, I respectfully request that oral argument not be scheduled on that date.

Respectfully submitted,

/s/ Ian Heath Gershengorn
Ian Heath Gershengorn
(202) 639-6000
igershengorn@jenner.com

---

[1] As noted in the Oral Argument Statement, I intend to present oral argument on behalf of the Appellants in Nos. 23-258, 23-263, 23-304, and 23-346.