# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of September, two thousand and twenty-four,

---

**ORDER**
Docket Nos. 23-258(L), 23-263(Con), 23-304 (Con), 23-346(Con), 23-444(Con)

Fiona Havlish, et al.,

Plaintiffs-Appellants,

v.

The Islamic Emirate of Afghanistan, The Taliban, Al Qaida/Islamic Army, Sheikh Usamah Bin-Muhammad Bin-Laden, AKA Osama Bin-Laden, Republic of Iraq,

Defendants - Appellees,

Federal Reserve Bank of New York,

Garnishee-Interested-Party.

---

Nasser A. Faiq, *amici curiae*, requests leave to participate in oral argument.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe

UNITED STATES SECOND CIRCUIT COURT OF APPEALS