# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand and twenty-four,

Fiona Havlish, et al.

    Plaintiffs - Appellants,

v.

The Islamic Emirate of Afghanistan, The Taliban, Al Qaida/Islamic Army, Sheikh Usamah Bin-Muhammad Bin-Laden, AKA Osama Bin-Laden, Republic of Iraq,

    Defendants - Appellees,

Federal Reserve Bank of New York,

    Garnishee-Interested-Party,

**ORDER**

Docket Nos. 23-258(L), 23-263(Con), 23-304(Con), 23-346(Con), 23-444(Con)

Former Senator George Allen, Richard A. Clarke, and Jonathan Winer move for leave to file amicus curiae briefs in support of Appellants.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court