December 18, 2024

Via ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: ***Havlish et al. v. Bin Laden et al.***, No. 23-258 (L),
23-263(CON), 23-304(CON), 23-346(CON), 23-444(CON)
Response to Amicus Curiae's Rule 28(j) Letter (Dkt. 263)

Dear Ms. Wolfe:

The Joint Creditors write in response to *amicus curiae* Naseer Faiq's December 2, 2024 Rule 28(j) letter. Dkt. 263. Mr. Faiq informs the Court of an amicus brief the Joint Creditors submitted in March 2023 in a separate proceeding before Judge Rakoff.

There is no inconsistency in the Joint Creditors' position, as Mr. Faiq suggests. Their position has always been that, regardless of whether Afghanistan and DAB are foreign states, the FSIA did not deprive the district court of subject-matter jurisdiction. *See* Dkt. 198 (Reply Brief) at 8-22. But if this Court were to conclude that either Afghanistan or DAB are *not* foreign states, then the district court was necessarily wrong to conclude that the FSIA deprived it of jurisdiction. Either way, the Joint Creditors have established their entitlement to turnover. *See id*. at 32-39.

Respectfully submitted,

*/s/ Ian Heath Gershengorn*
Ian Heath Gershengorn
Douglass A. Mitchell
JENNER & BLOCK LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com
dmitchell@jenner.com

*Counsel for the Havlish Creditors, Appellants in 23-258*

*/s/ John Thornton*
John Thornton
Orlando do Campo
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, FL 33131

(305) 358-6600
jt@dandtlaw.com
od@dandtlaw.com

*Counsel for the Doe Creditors, Appellants in 23-263*

*/s/ Sean P. Carter*
Sean P. Carter, Esq.
COZEN O'CONNOR
1650 Market Street
Philadelphia, PA 19103
(215) 665-2105
scarter1@cozen.com

*Counsel for the Federal Insurance Creditors, Appellants in 23-346*

*/s/ Dion G. Rassias*
Dion G. Rassias
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000

*Counsel for the Smith Creditors, Appellants in 23-304*