S.D.N.Y.
01-cv-10132
Daniels, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand twenty-five.

Present:
> Guido Calabresi,
> José A. Cabranes,
> Richard J. Sullivan,
> > *Circuit Judges*.

Raymond Anthony Smith, *et al.*,

> *Plaintiffs-Appellants*,

v.                                                                                          23-258 (L), 23-304 (Con)

The Islamic Emirate of Afghanistan, *et al*.,

> *Defendants-Appellees*.

Plaintiffs-Appellants' motion to vacate the order of the district court terminating their motion to extend their judgment is DENIED.  *See* Dist. Ct. Doc. No. 160.  Plaintiffs-Appellants should raise any challenges to the district court's order in their separate appeal on that issue, which is docketed at 25-2788.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

