23-258 (L); 23-354 (L)
*Havlish v. Taliban; Aliganga v. Taliban*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand twenty-six.

Present:

DEBRA ANN LIVINGSTON,
  *Chief Judge,*
RAYMOND J. LOHIER, JR.,
RICHARD J. SULLIVAN,
JOSEPH F. BIANCO,
MICHAEL H. PARK,
WILLIAM J. NARDINI,
STEVEN J. MENASHI,
EUNICE C. LEE,
BETH ROBINSON,
MYRNA PÉREZ,
ALISON J. NATHAN,
SARAH A. L. MERRIAM,
MARIA ARAÚJO KAHN,
  *Circuit Judges.*

_____

FIONA HAVLISH, ET AL., JOHN DOES 1 THROUGH 7, FEDERAL INSURANCE CO., ET AL., RAYMOND ANTHONY SMITH, ET AL., KATHLEEN ASHTON, ET AL.,

  *Plaintiffs-Appellants,*

  v.                                             23-258 (L)
                                                 23-263 (CON)
                                                 23-304 (CON)

23-346 (CON)
23-444 (CON)

THE TALIBAN,

*Defendant-Appellee*,

FEDERAL RESERVE BANK OF NEW
YORK,

*Garnishee-Interested-Party-Appellee*,

——————————————————————

ESTATE OF JESSE NATHANAEL
ALIGANGA, ET AL., RIZWAN KHALIQ,
ET AL., JAMES OWENS, ET AL.,

*Plaintiffs-Appellants*,

v.                                    23-354 (L)
                                      23-797 (C)

TALIBAN, AKA THE ISLAMIC EMIRATE
OF AFGHANISTAN,

*Defendant-Appellee*.

——————————————————————

MATTHEW D. MCGILL, Gibson, Dunn & Crutcher LLP,
Washington, D.C. (Jessica L. Wagner, Gibson, Dunn &
Crutcher LLP, Washington, D.C.; Robert L. Weigel, Jason W.
Myatt, Gibson, Dunn & Crutcher LLP, New York, NY;
Clifton S. Elgarten, Emily M. Alban, Crowell & Moring LLP,

2

Washington, D.C.; Jane Carol Norman, Bond & Norman Law, PC, Rockville, MD, *on the brief*), *for Plaintiffs-Appellants* Estate of Jesse Nathanael Aliganga, et al., Rizwan Khaliq, et al., and James Owens, et al.

IAN HEATH GERSHENGORN, Jenner & Block LLP, Washington, D.C. (Douglass A. Mitchell, Jenner & Block LLP, Washington, D.C.; Lee Wolosky, Benjamin D. Alter, Jenner & Block LLP, New York, NY; Andrianna D. Kastanek, Jenner & Block LLP, Chicago, IL; David A. Barrett, Boies Schiller Flexner LLP, New York, NY; Stuart H. Singer, Boies Schiller Flexner, Fort Lauderdale, FL; Timothy B. Fleming, Wiggins Childs Pantazis Fisher Goldfarb, PLLC, Washington, D.C., o*n the brief*), f*or Plaintiffs-Appellants* Fiona Havlish, et al., *Appellants* in 23-258.

SAMUEL ISSACHAROFF, New York University School of Law, New York, NY (Andrew J. Maloney, III, Kreindler & Kreindler LLP, New York, NY; Noam Biale, Sher Tremonte, LLP, New York, NY, *on the brief*), *for Plaintiffs-Appellants* Kathleen Ashton, et al., *Appellants* in 23-444.

John Thornton, Orlando do Campo, do Campo & Thornton, P.A., Miami, FL, *for Plaintiffs-Appellants* John Does 1 through 7, *Appellants* in 23-263.

Sean P. Carter, Stephen A. Cozen, Cozen O'Connor, Philadelphia, PA; Richard Klingler, Ellis George Cipollone O'Brien Annaguey LLP, Washington, D.C.; Carter G. Phillips, Sidley Austin LLP, Washington, D.C., *for Plaintiffs-Appellants* Federal Insurance Co., et al., *Appellants* in 23-346.

Dion G. Rassias, The Beasley Firm, LLC, Philadelphia, PA, *for Plaintiffs-Appellants* Raymond Anthony Smith, et al., *Appellants* in 23-304.

3

Following disposition of this appeal on August 26, 2025, an active judge of the Court requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, the petition for rehearing *en banc* is hereby **DENIED**.

William J. Nardini, *Circuit Judge*, joined by Raymond J. Lohier, Jr., *Circuit Judge*, concurs by opinion in the denial of rehearing *en banc*.

Richard J. Sullivan, *Circuit Judge*, joined by Debra Ann Livingston, *Chief Judge*, Joseph F. Bianco, and Michael H. Park, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

Steven J. Menashi, *Circuit Judge*, dissents by opinion from the denial of rehearing *en banc*.

José A. Cabranes and Guido Calabresi, *Circuit Judges*, filed a statement with respect to the denial of rehearing *en banc*.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



4