23-258 (L); 23-354 (L)

*Havlish v. Taliban; Aliganga v. Taliban*

NARDINI, *Circuit Judge*, joined by LOHIER, *Circuit Judge*, concurring in the denial of rehearing *en banc*:

I concur in the denial of rehearing *en banc*. In particular, I agree with the view, expressed by the panel majority and by Judge Menashi in Part I.A-B of his dissent from the denial of rehearing *en banc*, that the Executive Branch is generally entrusted with the power to recognize foreign governments.